<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1491**

NADINE BATCHELOR,

        Plaintiff - Appellant,

    v.

NORTHROP GRUMMAN,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:07-cv-01032-WMN)

Submitted: October 21, 2008    Decided: October 23, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nadine Batchelor, Appellant Pro Se. James Joseph Kelley, II, Charys F. Scotton, MORGAN, LEWIS & BOCKIUS, LLP, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nadine Batchelor appeals the district court's order denying her motion for reconsideration of the court's memorandum and order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Batchelor v. Northrop, No. 1:07-cv-01032-WMN (D. Md. Apr. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2